# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JACOB WHEELER,<br><br>              Plaintiff,<br><br>v.<br><br>NEOS THERAPEUTICS, INC., GERALD MCLAUGHLIN, GREG ROBITAILLE, BETH HECHT, JOHN SCHMID, LINDA M. SZYPER, ALAN HELLER, BRYANT FONG, and JAMES ROBINSON,<br><br>              Defendants. | Case No. 1:21-cv-00213-RGA<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: May 6, 2021

**LONG LAW, LLC**

By: */s/Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*